# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD E. SEELY, | Case No.: 2:20-cv-02109-APG-VCF |
| Plaintiff | **Order** |
| v. | [ECF No. 17] |
| CITY OF LAS VEGAS and NEVADA STATE PUBLIC WORKS DIVISION, | |
| Defendants | |

I ORDER that the plaintiff's motion to extend time **(ECF No. 17) is GRANTED**. The plaintiff's deadline to file a response to defendant City of Las Vegas's motion for summary judgment is extended to December 15, 2021.

DATED this 9th day of November, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE