**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

EDWARD E. SEELY,

        Plaintiff(s),

v.

CITY OF LAS VEGAS (DOES 1-10 or ROES 1-10); NEVADA STATE PUBLIC WORKS DIVISION (DOES 1-10 or/and ROES 1-10 CORPORATIONS),

        Defendant(s).

2:20-cv-02109-APG-VCF

**ORDER**

    Before me is the motion to have this court serve the defendants (ECF NO. 34). Plaintiff requests an order from the court for the U.S. Marshal to attempt service on defendants since he has now filed his second amended complaint.

    Accordingly,

    I ORDER that the motion to have this court serve the defendants (ECF NO. 34) is GRANTED.

    The Clerk of Court is directed to deliver the issued summons to the U.S. Marshal for service. The Clerk also will send sufficient copies of the Second Amended Complaint (ECF No. 31) and this order to the U.S. Marshal for service on Defendants.

    The clerk is directed to mail to plaintiff appropriate copies of the USM-285 form. The clerk is directed to send copy of the Complaint, Summons, and copy of this order to the U.S. Marshal for service on defendants. Plaintiff has thirty (30) days within which to furnish to the U.S. Marshal the required USM-285 form with relevant information as to defendants.

    Within twenty (20) days after plaintiff receives copy of the completed USM-285 form from the U.S. Marshal, plaintiff must file a notice with the court stating if defendant was served. If the plaintiff wishes to have the U.S. Marshal attempt service again on defendant, then a motion must be filed with the court.

I FURTHER ORDERED that the time to effectuate service on defendants is extended to June 1, 2022. No further service extension will be granted unless good cause is shown.

DATED this 23rd day of March 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE